■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD CORLEY, Appellant, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents. [636 NYS2d 688] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J.

Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.